**TRANSCRIPT ORDER FORM (DKT-13)** **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court __Midland-Odessa_____ District Court Docket No.__7:21-CR-0357_____

Short Case Title __USA v. Derek Herndon_____

**ONLY ONE COURT REPORTER PER FORM** Court Reporter __PATEL_____

Date Notice of Appeal Filed in the District Court __5/9/2022_____ Court of Appeals No. __22-50379_____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
  **OR**
  **Check all of the following that apply, include date of the proceeding**.
  This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 1/27/22 | Plea Hearing | Mag. Griffin |
| 4/27/22 | Sentencing | Judge Counts |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds;   ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds

☐Other_____

Signature___/s/ Aaron E. Eckman_____ Date Transcript Ordered_6/18/22_____

Print Name_Aaron E. Eckman_____ Phone _432-279-1506_____

Counsel for_Derek Herndon_____

Address_303 W. Wall St. Suite 1000 Midland TX 79701_____

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

      ☐Other (Specify) _____

Date _____ Signature of Reporter _____Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

      This is to certify that the transcript has been completed and filed at the District Court today.

      Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____